Bruce W. Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**DARLENE KELLEY**,                                         Case No.: 1:16-cv-02149-YY

        Plaintiff,

vs.                                                                                              ORDER (EAJA FEES)

**COMMISSIONER**,

Social Security Administration

        Defendant.

_____

       Plaintiff seeks an attorney fee pursuant to the Equal Access to Justice Act in the amount

$8,169.63. ECF #30. Plaintiff prevailed and is entitled to an attorney fee under the EAJA. 28

U.S.C. § 2412 et seq. Defendant has no objection to the award of an attorney fee under the

EAJA in the amount of $8,169.63. ECF #31.

       It is ORDERED that pursuant to the EAJA 28 U.S.C. § 2412 et seq.

an attorney fee in the amount of $8,169.63 is hereby awarded to Plaintiff. It is further

ORDER FOR EAJA FEES - 1

ORDERED that the fee will be paid directly to Plaintiff's attorney if Plaintiff has no debt subject to a Government offset under Astrue v. Ratliff, 130 S.Ct. 2521 (2010) to satisfy a pre-existing debt that the litigant owes the United States. If Plaintiff has no such debt then it is ORDERED that the check shall be made payable to Bruce Brewer, Plaintiff's attorney, and mailed to him at PO Box 421, West Linn, OR 97068. If Plaintiff does have debt subject to Government offset under Ratliff it is ORDERED that the check for any funds that remain after the offset has occurred will be made payable to Plaintiff and mailed to her attorney's above-stated mailing address. Costs were not sought and are not hereby awarded.

IT IS SO ORDERED this __10th__ day of July, 2018.

/s/Youlee Yim You
Youlee Yim You
United States Magistrate Judge

Prepared by:
Bruce Brewer, OSB #925581
Attorney for Plaintiff

ORDER FOR EAJA FEES - 2