Bruce Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**DARLENE KELLEY,**                                    Case No. 1:16-cv-02149-YY

        Plaintiff,

vs.                                                                                           ORDER

**COMMISSIONER of Social Security**,

        Defendant.

Pursuant to 42 U.S.C. § 406(b), it is hereby ORDERED that an attorney fee in the amount of $18,206.50 is awarded to Plaintiff's attorney. The Court finds that this is a reasonable fee. It is further ordered that when issuing the check for this fee the Social Security Administration shall subtract the actual amount of the fee paid to Plaintiff's attorney under the Equal Access to Justice Act and send the balance, minus any user fee, by check made payable to Bruce Brewer to him at PO Box 421, West Linn, OR 97068. Any amount withheld after all administrative and court attorneys fees have been paid shall be released to Plaintiff.

ORDERED this __18th____ day of October, 2018

                                                    /s/Youlee Yim You

                                                    The Honorable Youlee Yim You
                                                    U.S. Magistrate Judge

Presented by:
Bruce W. Brewer, OSB No. 925581